UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMANCEE OSHAY GEORGE,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>　　　　　　Respondent. | Case No. 5:23-00773 CBM (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. No. 1), Respondent's Answer (Dkt. No. 11), Petitioner's supplemental statements (Dkt. Nos. 15, 20), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 29), Petitioner's objections to the Report and Recommendation (Dkt. No. 30), and all the records and files herein.  The Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections were made.  The Court overrules the objections and accepts the findings and recommendations of the

Magistrate Judge, except the issue of a certificate of appealability which is not required here.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 29);
2. The Petition is denied with prejudice; and
3. Judgment is to be entered accordingly.

DATED: December 17, 2025

THE HONORABLE CONSUELO B. MARSHALL
United States District Judge