JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMANCEE OSHAY GEORGE,<br><br>Petitioner,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>Respondent. | Case No. 5:23-00773 CBM (ADS)<br><br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges the Petition denied and this action dismissed with prejudice.  All pending motions are terminated.

DATED:  December 17, 2025    _____
THE HONORABLE CONSUELO B. MARSHALL
United States District Judge